IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE ENRIQUEZ CRUZ,<br>**Plaintiff**<br><br>v.<br><br>CITY OF POTTSVILLE, *et al.*,<br>**Defendants** | No. 3:21cv283<br><br>(Judge Munley)<br><br>(Magistrate Judge Carlson) |

## ORDER

**AND NOW**, to wit, this 29 day of August 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

After a careful review, the court finds neither a clear error on the face of the record nor a manifest injustice, and therefore, the court shall adopt the report and recommendation. It is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 108) is **ADOPTED** and the plaintiff's objections (Doc. 112) are **OVERRULED**;

2) The defendants' motion for summary judgment (Doc. 92) is **GRANTED** with regard to plaintiff's Fourth Amendment claims for false arrest, false imprisonment, and malicious prosecution;

3) The court declines to exercise jurisdiction over the plaintiff's remaining state law claims of assault, battery, and negligence; and

4) The Clerk of Court is directed to **CLOSE** this case in this court without prejudice to the plaintiff pursuing his state law claims of assault, battery, and negligence in an appropriate state court.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court